# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

**No. 201800029**

_____

**UNITED STATES OF AMERICA**
Appellee

v.

**RICHARD A. KENNEDY III**
Hospital Corpsman Third Class (E-4), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Lieutenant Colonel Roger E. Mattioli, USMC.
Convening Authority: Commander, Walter Reed National Military
Medical Center (NAVY), Bethesda, MD.
Staff Judge Advocate's Recommendation: Lieutenant Commander
Michael J. Stutts, JAGC, USN.
For Appellant: Lieutenant Commander Ryan C. Mattina, JAGC,
USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 5 June 2018

_____

Before HUTCHISON, SAYEGH, and KOVAC, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court